990

No. 82–456. GREENFIELD *v.* CALIFORNIA. Ct. App. Cal., 1st App. Dist. Certiorari denied.

No. 82–460. DUNNING *v.* SUPERIOR COURT OF CALIFORNIA, COUNTY OF CONTRA COSTA (DUNNING, REAL PARTY IN INTEREST). Ct. App. Cal., 1st App. Dist. Certiorari denied.

No. 82–463. MCNEA ET AL. *v.* VOINOVICH ET AL. Sup. Ct. Ohio. Certiorari denied.

No. 82–466. CURRY *v.* STATE BAR OF WISCONSIN ET AL. C. A. 7th Cir. Certiorari denied.

No. 82–470. CITY OF LOS ANGELES *v.* SOCIETA PER AZIONI DE NAVIGAZIONE ITALIA. Sup. Ct. Cal. Certiorari denied.

No. 82–471. JORDAN ET AL. *v.* MANEIKIS. C. A. 7th Cir. Certiorari denied.

No. 82–474. SAFEWAY STORES, INC. *v.* DOGHERRA. C. A. 9th Cir. Certiorari denied.

No. 82–478. RECORA CO., INC. *v.* TAPESWITCH CORPORATION OF AMERICA. C. A. 7th Cir. Certiorari denied.

No. 82–510. FINCH ET AL. *v.* OKLAHOMA. Ct. Crim. App. Okla. Certiorari denied.

No. 82–515. MURPHY *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 82–539. FIBERGLASS SPECIALTY CO., INC. *v.* BOR-SON CONSTRUCTION, INC. C. A. 8th Cir. Certiorari denied.